UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NO. 98-50391
CT/AG#: CR-96-00881-MRP-01

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KEVIN DAVID MITNICK

    Defendant - Appellant

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is dismissed for lack of jurisdiction.

Filed and entered August 20, 1998



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 22 1998

by: _L. Roberts_
Deputy Clerk



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 1998

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 98-50391 |
| Plaintiff-Appellee, | ) ) ) | DC# CR-96-881-MRP Central California |
| vs. | ) ) | |
| KEVIN DAVID MITNICK, | ) ) | ORDER |
| Defendant-Appellant. | ) ) ) | |

Before: O'SCANNLAIN, RYMER and HAWKINS, Circuit Judges

Appellant's motion for leave to file a late response to this court's July 28, 1998 order is granted.

The court concludes that the district court order from which appellant appeals is not a final appealable order under 28 U.S.C. § 1291, and does not fall within the collateral order exception of Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). Accordingly, the court, on its own motion, dismisses this appeal for lack of jurisdiction.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 22 1998

by: _____
Deputy Clerk

mocal/8.17.98/kg

INTERNAL USE ONLY: Proceedings include all events.
98-50391 USA v. Mitnick

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | David J. Schindler, Esq.<br>[COR LD NTC aus]<br>USLA - OFFICE OF THE U.S.<br>ATTORNEY<br>Criminal Division<br>312 North Spring Street<br>Los Angeles, CA 90012 |
| v. | |
| KEVIN DAVID MITNICK<br>    Defendant - Appellant | Donald C. Randolph, Esq.<br>310/395-7900<br>3rd Floor<br>[COR LD NTC cja]<br>1717 Fourth Street<br>Santa Monica, CA 90401 |